**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                          **Case No. 4:15-cr-00095-02 KGB**
                               **Case No. 4:15-cr-00097-02 KGB**

**TUROD JACOBS**                                                        **DEFENDANT**

## ORDER

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Turod Jacobs.  Attached hereto is the Defendant/Offender Property Disposal Overview prepared by the United States Probation Office.  The item to be disposed is a cannabidiol ("CBD") product.  Jacobs's supervised release expires on August 17, 2026.

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*.  The CBD product is to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 13th day of May, 2026.

Kristine G. Baker
Chief United States District Judge



# DEFENDANT/OFFENDER PROPERTY DISPOSAL OVERVIEW

This form provides an overview of the person under supervision's status, property seized by the U.S. Probation Office, and Court action taken.

## PERSON UNDER SUPERVISION: TUROD JACOBS

**Case Number:** 4:15CR00095-02-KGB and 4:15CR00097-02-KGB
Felon in Possession of Firearm

**Type of Supervision:**   Supervised Release

**Status:** Active supervision

**Sentence Date:** September 21, 2017
**Imposition of Sentence:**  46 months BOP, 3 years TSR.

**Revocation:** January 12, 2024 (time served, supervised release extended by two (2) years to expire on 8/17/2026).

## REASON FOR SEIZURE:

On June 1, 2022, Mr. Jacobs submitted a urine specimen which tested and confirmed positive for the use of marijuana. Furthermore, on this date Mr. Jacobs brought cannabidiol (CBD) products into the United States Probation Office. Mr. Jacobs attempted to conceal the CDB products in his underwear, which became visible during drug testing. The CBD products were seized, and Mr. Jacobs admitted to placing them in his underwear prior to reporting to the U.S. Probation Office. Mr. Jacobs further advised he was aware the CBD products contained tetrahydrocannabinol (THC).

**ITEM(S) SEIZED:** cannabidiol (CBD) product.

## COURT ACTION:

On September 18, 2023, proceedings held before Judge Kristine G. Baker: Final Hearing re Revocation of Supervised Release as to Turod Jacobs; Violation 1 dismissed without prejudice upon motion of the government; The defendant admitted to Violations 2-5 and the Court revoked him. Court held the motion in abeyance for 60 days. On January 12, 2024, Defendant's term of supervised release revoked and supervised release extended by two (2) years to expire on 8/17/2026.